# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tiffany Sherell Thompson, | Case No. 25-cv-4251 (JMB/DJF) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Optum United Health Care; United Health Care Corporate Headquarters; Optum/United Health Group, | |
| Defendants. | |

Plaintiff Tiffany Sherell Thompson initiated this action by filing a Complaint in the United District Court for the Southern District of New York along with an application to proceed *in forma pauperis*. (ECF No. 1.) That court transferred the matter to this Court on October 28, 2025. (ECF No. 3.) On November 7, 2025, the Court denied the application to proceed *in forma pauperis* and directed Plaintiff to submit a new application or pay this action's filing fee by December 1, 2025. (ECF No. 5.) Plaintiff failed to follow the Court's directive, and the Court extended the deadline to December 23, 2025.[1] (ECF No. 6.) The extended deadline has now passed, and Plaintiff has not responded. The Court therefore recommends dismissing this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

---

[1] All the Court's Orders have been mailed to the address listed in the Complaint, but all mailings have been returned because the address is deficient.

## RECOMMENDATION

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated:  January 5, 2026                         *s/ Dulce J. Foster*
                                                Dulce J. Foster
                                                United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).