UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tiffany Sherell Thompson, | Case No. 25-CV-4251 (JMB/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Optum United Health Care; United Health Care Corporate Headquarters; Optum/United Health Group, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster dated January 5, 2026. (Doc. No. 7.) The R&R recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b). (*Id.*) No party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 7) is ADOPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 29, 2026

*/s/ Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1