## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Tiffany Sherell Thompson, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 25-cv-4251 JMB/DJF |
| Optum United Health Care, United Health Care Corporate Headquarters, Optum/United Health Group, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The R&R (Doc. No. 7) is ADOPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE.

Date: 1/29/2026                                                                                KATE M. FOGARTY, CLERK